# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS AND ON
TREASURE, WELLS, BETHANY
WELLS, PATRICK WELLS

NO.  2021 CW 1263

VERSUS

RONNIE BULLION, DEBRA
DORSEY, DOUG WELBORN

**JANUARY 21, 2022**

---

In Re:   Kevin Wells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669962.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** The return date order set the return date for October 12, 2021, but this writ application was not filed until October 15, 2021.  Thus, under Uniform Rules of Louisiana Courts of Appeal, Rule 4-3, the writ application appears to be untimely.  Further, this writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(6) and (8).  Relator failed to include a copy of the judgment, order, or ruling complained of and a copy of the pleadings on which the ruling was founded, including the pauper order.

Supplementation of this writ application and/or an application for rehearing will not be considered.  Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relator seeks to file a new application with this court, it must contain all pertinent documentation showing timeliness, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before February 3, 2022, and must contain a copy of this ruling.

                              JMG
                              WRC

**Holdridge, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT